**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6677**

———————

RICHARD E. BLACKBURN,

　　　　　　Plaintiff – Appellant,

　　　　v.

STATE OF SOUTH CAROLINA; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS: JON OZMINT, Director of South Carolina
Department of Corrections; ROBERT WARD, Regional Director of
South Carolina Deparment of Corrections; ROBIN CHAVIS, ECI
Associate Warden; MS. SPRATTLING, ECI Grievance Clerk;
SANDRA BOWIE, Chief, Branch Grievance; J. GLENN ALEWINE;
PRAVIN R. PATEL,

　　　　　　Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Patrick Michael Duffy, Senior
District Judge. (9:06-cv-02011-PMD)

———————

Submitted: November 30, 2010　　　Decided: December 17, 2010

———————

Before NIEMEYER and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard E. Blackburn, Appellant Pro Se. Bradford Cary Andrews,
Samuel F. Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER,
PA, Florence, South Carolina; Benjamin Albert Baroody, BELLAMY,

RUTENBURG, COPELAND, EPPS, GRAVELY & BOWERS, PA, Myrtle Beach, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard E. Blackburn appeals the district court's order adopting in part the recommendation of the magistrate judge and denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Blackburn's motion for appointment of counsel and affirm for the reasons stated by the district court. Blackburn v. South Carolina, No. 9:06-cv-02011-PMD (D.S.C. Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3